■ NEW YORK NIGHTLIFE, LLC, Appellant, v WAGNER DAVIS P.C., Defendant, and BRIAN OWENS, Respondent. [938 NYS2d 427]—

In this contract action, plaintiff's principal, a Russian citizen with a residence in New York, who had been subpoenaed by defendants, failed to appear for trial and the court dismissed the action (*see* CPLR 3215 [a]; 22 NYCRR 202.27). Even assuming that a reasonable excuse for the principal's failure to appear was provided, based on his unsubstantiated need to return to Russia to secure an extension of his visa, plaintiff failed to show that it has a meritorious cause of action (*Biton v Turco*, 88 AD3d 519 [2011]; *Carroll v Nostra Realty Corp.*, 54 AD3d 623 [2008], *lv dismissed* 12 NY3d 792 [2009]). Thus, the court providently exercised its discretion in denying the motion to vacate the default. Concur—Mazzarelli, J.P., Saxe, Moskowitz, Freedman and Manzanet-Daniels, JJ.